IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DANIEL, | |
|     Plaintiff, | No. C 13-02426 JSW |
| v. | |
| SANTA ROSA JUNIOR COLLEGE, | **ORDER TO SHOW CAUSE** |
|     Defendant. | |

    By order dated June 14, 2013, this Court set the case management conference for September 27, 2013, ordered a case management conference statement to be filed by September 20, 2013, and required personal appearances. Plaintiff failed to file a case management statement and did not appear for the case management conference.

    Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing as to why this case should not be dismissed for failure to prosecute. Plaintiff's written response to this Order to Show Cause ("OSC") shall be filed by **October 11, 2013.** If Plaintiff does not file a response to this OSC by **October 11, 2013**, the Court will **dismiss** this case for failure to prosecute without further notice.

    **IT IS SO ORDERED.**

Dated: October 1, 2013

                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE DANIEL,

        Plaintiff,

  v.

SANTA ROSA JUNION COLLEGE et al,

        Defendant.
                                    /

Case Number: CV13-02426 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Daniel
c/o Jeff Koors
217 Barnett Street
Santa Rosa, CA 95407

Dated: October 1, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk