IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE DANIEL,

    Plaintiff,

v.

SANTA ROSA JUNIOR COLLEGE,

    Defendant.

No. C 13-02426 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

The Court has received Plaintiff's response to the order to show cause and HEREBY DISCHARGES the order to show cause dated October 1, 2013. The Court FURTHER ORDERS that the case management conference is continued to January 10, 2014. Plaintiff shall file a case management statement by no later than January 3, 2014.

**IT IS SO ORDERED.**

Dated: October 22, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE DANIEL,

    Plaintiff,

  v.

SANTA ROSA JUNION COLLEGE et al,

    Defendant.

Case Number: CV13-02426 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Daniel
c/o Jeff Koors
217 Barnett Street
Santa Rosa, CA 95407

Dated: October 22, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk