IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE DANIEL,

    Plaintiff,

v.

SANTA ROSA JUNIOR COLLEGE,

    Defendant.

No. C 13-02426 JSW

**ORDER REGARDING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME**

On March 18, 2014, plaintiff George Daniel filed a document entitled *Ex Parte* Motion for Extension of Time to Amend Complaint. The Court construes this document as motion to change time pursuant to Northern District Civil Local Rule 6-3. Plaintiff is directed to familiarize himself with the Civil Local Rules. The Court HEREBY GRANTS Plaintiff's request for an extension of time. The Court notes that Plaintiff filed an amended complaint on March 21, 2014. If Plaintiff seeks to further amend his complaint in accordance with the Court's order granting Defendants' motions to dismiss, Plaintiff may file a second amended complaint by no later than April 25, 2014.

**IT IS SO ORDERED.**

Dated: March 26, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

GEORGE DANIEL,

        Plaintiff,

  v.

SANTA ROSA JUNION COLLEGE et al,

        Defendant.

Case Number: CV13-02426 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Daniel
c/o Jeff Koors
217 Barnett Street
Santa Rosa, CA 95407

Dated: March 26, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk