UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE DANIEL,

        Plaintiff,

   v.

JOSEPH RICHARDS, et al.,

        Defendants.

Case No. 13-cv-02426-VC

**ORDER DENYING MOTIONS TO STRIKE**
Re: Dkt. Nos. 103, 104

    Plaintiff George Daniel's motions to strike the defendants' answers are denied. The answers do not constitute testimony of the defendants' counsel, nor do they violate the Federal Rules of Civil Procedure. Although the County defendants' answer was filed six days late, Daniel has not identified any prejudice that resulted from this late filing. "[A] case should, whenever possible, be decided on the merits." *United States v. Signed Personal Check No. 730*, 615 F.3d 1085, 1089 (9th Cir. 2010) (internal quotation marks omitted). The Court therefore declines to strike the County defendants' answer for being a few days late. *Cf. Gibson v. Household Int'l, Inc.*, 151 Fed. App'x 529, 530 (9th Cir. 2005) (denying motion to strike late-filed answer because the Ninth Circuit and "[t]he strong policy underlying the Federal Rules of Civil Procedure favor[] decisions on the merits").

    The hearing on the motions to strike, previously scheduled for August 28, 2014, is vacated.

**IT IS SO ORDERED.**

Dated: August 20, 2014

_____
VINCE CHHABRIA
United States District Judge