UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DANIEL,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH RICHARDS, et al.,<br><br>    Defendants. | Case No.  13-cv-02426-VC<br><br>**ORDER DENYING MOTION FOR AN EXTENSION OF DEADLINE**<br><br>Re: Dkt. No. 116 |

    Daniel's administrative motion for an extension of discovery deadline and an alteration of other scheduling dates is denied. Because Daniel chose to file two lawsuits against the defendants in two separate courts arising from the same incident, he cannot now complain about the burden that pursuing two lawsuits places on him. In addition, the schedule previously set was the product of careful consideration of the competing requests of multiple parties.

    The Court is inclined to extend the discovery deadline for 21 days if the plaintiff first seeks the consent of all parties and submits a stipulated request for a 21-day extension of that. However, the Court is not inclined to alter any other dates set in the case management scheduling order filed on July 29, 2014.

    **IT IS SO ORDERED**.

Dated: October 1, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DANIEL,<br><br>            Plaintiff,<br><br>       v.<br><br>JOSEPH RICHARDS, et al.,<br><br>            Defendants. | Case No.  13-cv-02426-VC<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 10/2/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George  Daniel
c/o Jeff Koors
217 Barnett Street
Santa Rosa, CA 95407


Dated: 10/2/2014


                                                                        Richard W. Wieking
                                                                        Clerk, United States District Court


                                                                        By:_____
                                                                        Kristen Melen, Deputy Clerk to the
                                                                        Honorable VINCE CHHABRIA

2