Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendants
JOSEPH RICHARDS and BRITTANY HAWKS

BRUCE D. GOLDSTEIN, State Bar No. 135970
County Counsel
JOSHUA A. MYERS, State Bar No. 250988
Deputy County Counsel
Office of the Sonoma County Counsel
Sonoma County Counsel's Office
575 Administration Drive, Suite 105A
Santa Rosa, California 95403
Tel:     (707) 565-2421
Fax:    (707) 565-2624
Email: joshua.myers@sonoma-county.org

Attorneys for Defendants
COUNTY OF SONOMA, STEVE FREITAS,
and RANDALL WALKER

George Daniel
c/o Jeff Koors
217 Barnett Street
Santa Rosa, California  95407

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DANIEL,<br><br>    Plaintiff,<br><br>v.<br><br>Joseph Richards, d/b/a JOSEPH RICHARDS; in his private capacity; Brittany Hawks d/b/a BRITTANY HAWKS; in her private capacity; COUNTY OF SONOMA; Steve Freitas d/b/a STEVE FREITAS; in his official and private capacity; Randall Walker d/b/a RANDALL WALKER; in his official and private capacity; and Does 1-20, inclusive,<br><br>    Defendants. | Case No. 3:13-cv-02426-VC<br><br>**STIPULATED REQUEST TO DISCOVERY AND EXPERT DEADLINES; [PROPOSED] ORDER**<br><br><br><br><br><br><br><br><br><br>**Hon. Vince Chhabria** |

1  Defendants JOSEPH RICHARDS and BRITTANY HAWKS (hereinafter "SRJC Defendants),
2  and COUNTY OF SONOMA, STEVE FREITAS, and RANDALL WALKER (hereinafter "COUNTY
3  Defendants), and plaintiff GEORGE DANIEL (hereinafter "DANIEL"), hereby stipulate as follows:

4  1.  The initial Complaint against the Defendants was filed in this matter on May 29, 2013.
5  Plaintiff's Second Amended Complaint was filed on April 25, 2014.

6  2.  Pursuant to the Scheduling Order dated July 29, 2014 issued by the Court, the following
7  deadlines were set:

8  (a)  Fact Discovery cutoff: October 21, 2014;
9  (b)  Disclosure of Experts: October 29, 2014
10 (c)  Expert Discovery cutoff: November 20, 2014;
11 (d)  Trial: June 22, 2015.

12 4.  On September 5, 2014, SRJC Defendants propounded Requests for Production of
13 Documents, Interrogatories, and Requests for Admission to DANIEL.

14 5.  On September 11, 2014, COUNTY Defendants propounded Requests for Production of
15 Documents, Interrogatories, and Requests for Admission to DANIEL.

16 6.  On September 29, 2014, DANIEL filed an Ex Parte Motion for Extension of Time to
17 Complete Discovery.

18 7.  On October 2, 2014, the Court issued an Order Denying DANIEL's Motion for an
19 Extension of Time. The Court noted in its Order it "is inclined to extend the discovery deadline for 21
20 days if the plaintiff first seeks the consent of all parties and submits a stipulated request for a 21-day
21 extension of that."

22 8.  The parties submit the present Stipulation to request the discovery extension noted in the
23 //
24 //
25 //
26 //
27 //
28 //

1 | Court's October 2, 2014 Order.

2 |     9.    The parties therefore stipulate to the following extension of presently set discovery
3 | deadlines:

4 |     (a)    Fact Discovery cutoff shall be extended from October 21, 2014 to November 11,
5 | 2014;

6 |     (b)    Disclosure of Experts shall be extended from October 29, 2014 to November 19,
7 | 2014;

8 |     (c)    Expert Discovery cutoff shall be extended from November 20, 2014 to December
9 | 11, 2014.

10 |     10.    These stipulated extensions will not alter any other events or deadlines already fixed by
11 | Court order.

12 | Dated: October 14, 2014

13 | By: [signature]
14 | George Daniel
    Plaintiff   *All rights reserved*

16 | Dated: October 14, 2014    BERTRAND, FOX & ELLIOT

17 | By: /s/ Michael C. Wenzel
    Michael C. Wenzel
18 |     Attorneys for Defendants
    JOSEPH RICHARDS and BRITTANY HAWKS

20 | Dated: October 14, 2014    BERTRAND, FOX & ELLIOT

22 | By: [signature]
    Joshua Myers
23 |     Attorneys for Defendants
    COUNTY OF SONOMA, STEVE FREITAS,
24 |     and RANDALL WALKER

TITLE
*Daniel v. Santa Rosa Junior College, et al.*, U.S.D.C. Northern District of CA Case No. 3:13-cv-02426-VC

# [~~PROPOSED~~] ORDER

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that Fact Discovery shall be completed by November 11, 2014, Disclosure of Experts shall be made by November 19, 2014, and Expert Discovery shall be completed by December 11, 2014.

Dated: October 15, 2014

_____
Vince Chhabria
UNITED STATES DISTRICT COURT JUDGE