UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE DANIEL,

    Plaintiff,

v.

JOSEPH RICHARDS, et al.,

    Defendant.

13-cv-02426-VC

**JUDGMENT**

The Court, having granted summary judgment for the defendants, now enters judgment in favor of the defendants and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE DANIEL,

        Plaintiff,

v.

JOSEPH RICHARDS, et al.,

        Defendants.

Case No. 13-cv-02426-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/3/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Daniel
c/o Jeff Koors
217 Barnett Street
Santa Rosa, CA 95407

Dated: 4/3/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA